IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

Richmond Division

JENNIFER G.,
    Plaintiff,

v.                                               Civil No. 3:23cv113 (DJN)

MARTIN O'MALLEY,
Commissioner of the
Social Security Administration,
    Defendant.

**FINAL ORDER**
**(Adopting Report and Recommendation)**

This matter comes before the Court on the Report and Recommendation of the Magistrate Judge entered on January 26, 2024, (ECF No. 19), which recommended that Plaintiff's Motion for Summary Judgment (ECF No. 13) be denied, Defendant's Motion for Summary Judgment (ECF No. 15) be granted and the final decision of the Commissioner of Social Security (the "Commissioner") be affirmed. The time to file objections has expired and neither party has objected to the Report and Recommendation.

Having considered the matter and deeming it otherwise proper and just to do so, the Court hereby ORDERS that:

1. The Report and Recommendation of the Magistrate Judge (ECF No. 19) is ACCEPTED and ADOPTED as the OPINION of the Court;

2. Plaintiff's Motion for Summary Judgment (ECF No. 13) is hereby DENIED;

3. Defendant's Motion for Summary Judgment (ECF No. 15) is hereby GRANTED;

4. The decision of the Commissioner is AFFIRMED; and

5. This case is now CLOSED.

Let the Clerk file this Order electronically and notify all counsel of record.

It is so ORDERED.

/s/<br>David J. Novak<br>United States District Judge

Richmond, Virginia
Dated: February 14, 2024